FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 21 2008

OFFICE OF THE CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR:<br><br>812 North 33rd Street, Apartment 14,<br>Omaha, Nebraska, located in the<br>Nottingham Apartments at 3304 Burt<br>Street, Omaha, Nebraska, | )<br>)<br>)<br>)  8:08MJ224<br>)<br>) |

MOTION TO SEAL

COMES NOW the United States of America, and respectfully requests the Application and Affidavit and Return of the above captioned matter involving a Search Warrant, Application and Affidavit and Return be sealed as such Affidavit and Application and Return relate to an ongoing criminal investigation, and release of said documents could jeopardize said investigation. The undersigned further requests this Motion and Order also be sealed.

DATED this 21st day of November, 2008.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: JOHN E. HIGGINS (#19546)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

ORDER

IT IS HEREBY ORDERED that the Search Warrant and Application and Affidavit including Search Warrant Returns along with this Motion and Order are sealed.

BY THE COURT:

11/21/08
Dated

F. A. GOSSETT, III
U.S. Magistrate Judge