IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 19 2008

OFFICE OF THE CLERK

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR ) | |
| 812 North 33rd Street, Apartment 14, ) | |
| Omaha, Nebraska, located in the ) | 8:08MJ224 |
| Nottingham Apartments at 3304 Burt ) | |
| Street, Omaha, Nebraska, ) | |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION, AFFIDAVIT AND RETURN

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 18th day of December, 2008.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: _____
JOHN E. HIGGINS
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
F.A. Gossett, III
Judge, United States Magistrate Court

DATED: 12/19/08